1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   ABRAHAM A. SIMMONS (CSBN 146400)
    Assistant United States Attorney
4
            450 Golden Gate Ave. 9th Floor
5           San Francisco, CA 94102
            Telephone:    (415) 436-7264
6           Facsimile:    (415) 436-6748
            Email:        abraham.simmons@usdoj.gov
7
    Attorneys for Federal Defendants
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12  STEVE WAYNE BONILLA,              )   Civil Action No. C 11-6401 CW
                                      )
13                    Plaintiff,      )
                                      )
14            v.                      )   ADMINISTRATIVE MOTION TO
                                      )   EXTEND TIME TO FILE RESPONSE TO
15  WILLIAM E. SMITH and QUENTIN L.   )   THE COMPLAINT; DECLARATION OF
    SMITH,                            )   COUNSEL; [PROPOSED] ORDER
16                                    )
                      Defendants.     )
17  _____ )

18          The federal defendants in this matter hereby request that this court issue an order

19  extending until January 20, 2012, the time for defendants to file a response to the complaint. This

20  request is made on the following grounds:

21          1.      Plaintiff in this case has been sentenced to death by the Superior Court of

22  California for the County of Alameda.  He is incarcerated at San Quentin State Prison.  He has

23  filed numerous lawsuits attempting to call into question the validity of his conviction and

24  sentence.

25          2.      The pending lawsuit was filed against former employees of the Federal Bureau of

26  Investigation.  In this lawsuit, plaintiff again suggests that facts exist that, if proved, may call into

27  question whether some of the evidence submitted in support of the government's case in the

28  criminal trial should have been submitted.  The pending lawsuit claims that the defendants are

    liable to plaintiff for their role in procuring or handling evidence.

1      3.     It would appear from the face of the complaint and from a review of the numerous filings plaintiff previously has made in this court (including, e.g., case numbers 11-2612, 11-2613, 11-2614, 11-2615, 11-2617, 11-2650, 11-2654, 11-2655, 11-2656, 11-2657, 11-2681) that defendants have valid defenses to the claims being made in the pending complaint.

4.     The federal rules normally permitting defendants 60 days from service of the complaint do not apply in this because plaintiff sued defendants in state court and the state court proceedings had to be removed to federal court. Additional time is necessary for defendants to confer with counsel to ensure all defenses are timely and appropriately raised in an initial responsive pleading.

5.     The undersigned counsel is scheduled to be away from the office from December 21, 2011 through January 4, 2012 returning to the office January 5, 2012.

6.     No other extensions of time have been requested in this case. If granted, the extension of this deadline will not result in changes to any other court deadlines.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: December 20, 2011

/s/
ABRAHAM A. SIMMONS
Assistant United States Attorney

## DECLARATION OF ABRAHAM A. SIMMONS

I, Abraham A. Simmons, declare as follows:

1.     I am an Assistant United States Attorney in the Northern District of California and I am assigned to represent the Federal Defendant in the above-captioned matter. If called to testify I would and could competently testify as to the facts in this declaration.

2.     I am informed and believe that plaintiff in this case has been sentenced to death by the Superior Court of California for the County of Alameda, that he is incarcerated at San Quentin State Prison and that he has filed numerous lawsuits attempting to call into question the validity of his conviction and sentence.

3.     The pending lawsuit was filed against former employees of the Federal Bureau of Investigation. In this lawsuit, plaintiff again suggests that facts exist that, if proved, may call into question whether some of the evidence submitted in support of the government's case in the criminal trial should have been submitted. My analysis of the complaint suggests plaintiff's theory is that defendants are liable to plaintiff for their role in procuring or handling evidence.

4.     It would appear from the face of the complaint and from a review of the numerous filings plaintiff previously has made in this court (including, e.g., case numbers 11-2612, 11-2613, 11-2614, 11-2615, 11-2617, 11-2650, 11-2654, 11-2655, 11-2656, 11-2657, 11-2681) that defendants have valid defenses to the claims being made in the pending complaint.

5.     It took a significant amount of time to find contact information for the defendants and to arrange for representation. Additional time is necessary for me to confer with defendants and to prepare their defenses in an initial responsive pleading.

6.     I am scheduled to be away from the office from December 21, 2011 through January 4, 2012 returning to the office January 5, 2012.

7.     No other extensions of time have been requested in this case. If granted, the extension of this deadline will not result in changes to any other court deadlines.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 20th day in December, 2011, in San Francisco, California.

ABRAHAM A. SIMMONS (SBN 146400)

**[PROPOSED] ORDER**

It is so ORDERED. Defendants shall file a response to the Complaint on or before January 20, 2012.

United States District Judge

**Request to Extend Time**
**C 11-6401 CW**                                        3